UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXCELIS TECHNOLOGIES, INC.<br>    Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>     01-10029-DPW |

## ORDER ON MOTIONS

WOODLOCK, District Judge

It is hereby ORDERED:

1. Motion #100 (to compel defendant to produce its testifying expert Ilan Ben-Zvi for additional examination at deposition) is DENIED.

2. Motion #103 (to preclude use of expert testimony on claim construction) is ALLOWED.

3. Motion #107 (to preclude consideration and use of testimony of Applied Materials' legal expert) is ALLOWED.

4. Motion #170 (to strike animation submitted in support of defendant's motion for summary judgment) is ALLOWED, except as a chalk for demonstrative purposes.

5. Motion #206 (to strike paragraph 10 of Dr. Swenson's declaration) is DENIED.

BY THE COURT,

*Rebecca Greenberg*
Deputy Clerk

DATED: March 31, 2003

DOCKETED 263